FILED by CF D.C.
ELECTRONIC
AUG 19, 2009
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

# 09-20165-TP-UNGARO/SIMONTON

DOCKET N
00-CR-48-

DOCKET N

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION | |
|---|---|---|---|
| Juan Perez | DISTRICT OF NEW HAMPSHIRE | | |
| | NAME OF SENTENCING JUDGE<br>Honorable Steven J. McAuliffe | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>12/23/08 | TO<br>12/22/11 |

OFFENSE

Count I: Conspiracy to Possess with Intent to Distribute Cocaine and Cocaine Base, in violation of 21 U.S.C. §§ 846 and 841(a), and 18 U.S.C. § 2
Counts II, IV and V: Distribution of Cocaine and Cocaine Base, in violation of 21 U.S.C. § 841(a), and 18 U.S.C. § 2

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of Florida upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

7/15/09
*Date*

[signature]
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

7-27-09
*Effective Date*

[signature]
*United States District Judge*

AO 245B (Rev. 03/01) Judgment in Criminal Case - Sheet 1

U.S. PROBATION OFFICE DISTRICT OF NH RECEIVED

2002 JAN -7 P 1:34

U.S. DISTRICT COURT DISTRICT OF N.H. FILED

JAN 7 12 02 PM '02

# United States District Court

## District of New Hampshire

UNITED STATES OF AMERICA

v.

**JUAN PEREZ**

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number: **CR 00-48-01-M**

**Michael J. Iacopino, Esq.**
Defendant's Attorney

**THE DEFENDANT:**

[ ] pleaded guilty to count(s): ___.
[ ] pleaded nolo contendere to count(s) ___ which was accepted by the court.
[✔] was found guilty on count(s) **1, 2, 4 and 5 of the Indictment** after a plea of not guilty.

**ACCORDINGLY**, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 USC §846 | Conspiracy to Possess with Intent to Distribute Cocaine and Cocaine Base | 3/15/00 | 1 |
| 21 USC 841[a][1] | Distribution of Cocaine and Cocaine Base | 3/8/00 | 2, 4 and 5 |

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) ___ and is discharged as to such count(s).

[✔] Count(s) dismissed on motion of the United States: **3 of the Indictment**.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: [redacted]

Defendant's Date of Birth: [redacted]-1969

Defendant's USM No.: 02505-049

Defendant's Residence Address:
[redacted]
**Lawrence, MA**

Defendant's Mailing Address:
[redacted]
**Lawrence, MA**

**January 7, 2002**
Date of Imposition of Judgment

[signature]
Signature of Judicial Officer

**STEVEN J. MCAULIFFE**
**United States District Judge**
Name & Title of Judicial Officer

January 7, 2002
Date

Certified to be a true copy
James R. Starr, Clerk
By: [signature]
Deputy Clerk
1-7-02

CASE NUMBER: CR 00-48-01-M
DEFENDANT: JUAN PEREZ



# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 120 months .

**On each of counts 1, 2, 4 and 5, to be served concurrently.**

[✔] The court makes the following recommendations to the Bureau of Prisons:

**that the defendant be allowed to participate in its intensive drug education and treatment program.**

[✔] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.
[ ] at ___ on ___.
[ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before _ on ___.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

______________________________________________

______________________________________________

______________________________________________

Defendant delivered on ____________________ to ____________________

at ____________________, with a certified copy of this judgment.

______________________________
UNITED STATES MARSHAL

By ______________________________
Deputy U.S. Marshal

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of 3 years.

**This term consists of three years on each of Counts 1, 2, 4 and 5, all such terms to run concurrently.**

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter.

[ ] The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check if applicable.)

[✔] The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow instructions of the probation officer;
4) the defendant shall support his or her dependants and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

# SPECIAL CONDITIONS OF SUPERVISION

In addition, the defendant shall comply with the following special conditions:

The defendant shall participate in a program approved by the United States Probation Office for treatment of narcotic addiction or drug or alcohol dependency which will include testing for the detection of substance use or abuse. The defendant shall pay for the cost of treatment to the extent he is able as determined by the probation officer.

*For official use only. U.S. Probation Office*

These conditions have been read to me. I fully understand the conditions, and have been provided a copy of them.

| | |
|---|---|
| [signature] | 7/9/09 |
| Defendant | Date |
| [signature] | 7/9/09 |
| U.S. Probation Officer/Designated Witness | Date |

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $400.00 | | |

[ ] The determination of restitution is deferred until . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

[ ] The defendant shall make restitution (including community restitution) to the following payees in the amount listed.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all non-federal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | **Total Amount of Loss | Amount of Restitution Ordered | Priority Order or % of Pymnt |
|---|---|---|---|
| | TOTALS: | | |

[ ] If applicable, restitution amount ordered pursuant to plea agreement. $________

[ ] The defendant shall pay interest on any fine or restitution of more than $2500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. §3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. §3612(g).

[ ] The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

[ ] The interest requirement is waived for the [ ] fine [ ] restitution.

[ ] The interest requirement for the [ ] fine and/or [ ] restitution is modified as follows:

** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A [✔] Lump sum payment of $400.00 due immediately, balance due

[ ] not later than _, or
[ ] in accordance with [] C, [] D, or [] E below; or

B [ ] Payment to begin immediately (may be combined with [] C, [] D, or [] E below); or

C [ ] Payment in _ installments of $_ over a period of _, to commence _ days after the date of this judgment; or

D [ ] Payment in _ installments of $_ over a period of _ , to commence _ days after release from imprisonment to a term of supervision; or

E [ ] Special instructions regarding the payment of criminal monetary penalties:

Criminal monetary payments are to be made to Clerk, U.S. District Court, 55 Pleasant Street, Room 110, Concord, NH 03301. Payments shall be in cash or in a bank check or money order made payable to Clerk, U.S. District Court. Personal checks are not accepted.

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are to be made payable to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States attorney.

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

[ ] Joint and Several

Defendant Name, Case Number, and Joint and Several Amount:

[ ] The defendant shall pay the cost of prosecution.

[ ] The defendant shall pay the following court cost(s):

[ ] The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3 )restitution interest, (4) fine principal, (5) community restitution, (6) fine interest, (7) penalties, and (8) costs, including cost of prosecution and court costs.

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

APR 5 2 38 PM '00

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

**UNITED STATES OF AMERICA**

v.

**JUAN PEREZ**

a/k/a "**Tony**"

**Cr. No.** 00-48-01-M

**Violations:** 21 U.S.C. §846
21 U.S.C. §841(a)(1)
18 U.S.C. §2

# INDICTMENT

The Grand Jury charges that:

## COUNT I
## [21 U.S.C. §§ 846 and 841(a)(1)]

From on or about January 1, 2000 to on or about March 15, 2000, in the District of New Hampshire and elsewhere, the defendant,

**JUAN PEREZ,**
a/k/a "**Tony**"

knowingly, intentionally and unlawfully conspired and agreed with other persons known and unknown to the Grand Jury to possess with the intent to distribute and to distribute the controlled substance cocaine and cocaine base ("crack"), a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1), and Title 18, United States Code, Section 2.

**The Grand Jury further charges:**

**COUNT II**
**[21 U.S.C. § 841(a)(1)]**

On or about January 11, 2000 in the District of New Hampshire, the defendant,

**JUAN PEREZ,**
a/k/a "**Tony**"

did knowingly, intentionally and unlawfully distribute a quantity of cocaine and cocaine base ("crack"), a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

**The Grand Jury further charges:**

**COUNT III**
**[21 U.S.C. § 841(a)(1)]**

On or about January 14, 2000 in the District of New Hampshire, the defendant,

**JUAN PEREZ,**
a/k/a **"Tony"**

did knowingly, intentionally and unlawfully distribute a quantity of cocaine and cocaine base ("crack"), a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

**The Grand Jury further charges:**

**COUNT IV**
**[21 U.S.C. § 841(a)(1)]**

On or about January 19, 2000 in the District of New Hampshire, the defendant,

**JUAN PEREZ,**
a/k/a **"Tony"**

did knowingly, intentionally and unlawfully distribute a quantity of cocaine and cocaine base ("crack"), a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

**The Grand Jury further charges:**

**COUNT V**
**[21 U.S.C. § 841(a)(1)]**

On or about March 8, 2000 in the District of New Hampshire, the defendant,

**JUAN PEREZ,**
a/k/a "**Tony**"

did knowingly, intentionally and unlawfully distribute a quantity of cocaine and cocaine base ("crack"), a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

**A TRUE BILL**

[redacted]

**Foreperson of the Grand Jury**

Date: April 5, 2000
PAUL M. GAGNON
United States Attorney

By:

Robert M. Kinsella
Bar No. 7557
Assistant United States Attorney
55 Pleasant St. 3rd Floor
Concord, New Hampshire 03301
(603) 225-1552

CLOSED

# U.S. District Court
## District of New Hampshire (Concord)
## CRIMINAL DOCKET FOR CASE #: 1:00-cr-00048-SM-1

Case title: USA v. Perez

Date Filed: 04/05/2000
Date Terminated: 01/07/2002

Assigned to: Chief Judge Steven J. McAuliffe

Appeals court case number: 02-1060

**Defendant (1)**

**Juan Perez**
*TERMINATED: 01/07/2002*

represented by **Michael J. Iacopino**
Brennan Caron Lenehan & Iacopino
85 Brook St
Manchester , NH 03104-3605
603 668-8300
Email: miacopino@bclilaw.com
*TERMINATED: 01/07/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| Pending Counts | Disposition |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| Terminated Counts | Disposition |
|---|---|
| 21:846 CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE COCAINE in violation of 21:841(a)(1) and 18:2 Aiding and Abetting. | Deft imprisoned for a term of 120 months on ea of counts 1,2,4 and 5, to be served concurrently. Court recommends to BOP that the deft be allowed to participate in its intensive drug education/treatment program. Upon release, deft placed on supv' ;d release for a term of 3 yrs on ea count, all such terms to run concurrently, w/std. conditions. Special Condition: |

| | |
|---|---|
| (1) | deft shall participate in drug treatment program to include testing. Fine waived due to deft's inability to pay. Special Penalt y Assessment: $400.00 due immediately as lump sum payment. Deft remanded to custody of US Marshal. [Court Reporter: D. Churas] |
| 21:841(a)(1) POSSESSION WITH INTENT TO DISTRIBUTE COCAINE and 18:2 AIDING AND ABETTING (2) | Deft imprisoned for a term of 120 months on ea of counts 1,2,4 and 5, to be served concurrently. Court recommends to BOP that the deft be allowed to participate in its intensive drug education/treatment program. Upon release, deft placed on supv' ;d release for a term of 3 yrs on ea count, all such terms to run concurrently, w/std. conditions. Special Condition: deft shall participate in drug treatment program to include testing. Fine waived due to deft's inability to pay. Special Penalt y Assessment: $400.00 due immediately as lump sum payment. Deft remanded to custody of US Marshal. [Court Reporter: D. Churas] |
| 21:841(a)(1) POSSESSION WITH INTENT TO DISTRIBUTE COCAINE and 18:2 AIDING AND ABETTING (3) | Count 3 dismissed with prejudice upon oral motion of the government |
| 21:841(a)(1) POSSESSION WITH INTENT TO DISTRIBUTE COCAINE and 18:2 AIDING AND ABETTING (4-5) | Deft imprisoned for a term of 120 months on ea of counts 1,2,4 and 5, to be served concurrently. Court recommends to BOP that the deft be allowed to participate in its intensive drug education/treatment program. Upon release, deft placed on supv' ;d release for a term of 3 yrs on ea count, all such terms to run concurrently, w/std. conditions. Special Condition: deft shall participate in drug treatment program to include testing. Fine waived due to deft's inability to pay. Special Penalt y Assessment: $400.00 due immediately as lump sum payment. Deft remanded to custody of US Marshal. [Court Reporter: D. Churas] |

**Highest Offense Level (Terminated)**

Felony

**Complaints**

None

**Disposition**

**Plaintiff**

**USA**

represented by **Robert M. Kinsella**
US Attorney's Office (NH)
James C. Cleveland Federal Building
53 Pleasant St, 4th Flr
Concord , NH 03301-0001
603 225-1552
Email: robert.kinsella@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/05/2000 | 1 | INDICTMENT as to Juan Perez (1) count(s) 1, 2-5 Added AUSA Robert M. Kinsella. (jab) (Entered: 04/06/2000) |
| 04/05/2000 | 2 | Praecipe for Warrant as to Juan Perez (jab) (Entered: 04/06/2000) |
| 04/05/2000 | | ARREST WARRANT issued as to Juan Perez ; original warrant and copies to US Marshal and US Probation (jab) (Entered: 04/06/2000) |
| 04/11/2000 | 3 | PETITION by USA for Writ of Habeas Corpus ad prosequendum as to Juan Perez (jab) (Entered: 04/12/2000) |
| 04/12/2000 | | WRIT of Habeas Corpus ad Prosequendum issued as to Juan Perez for 4/14/00 (jab) (Entered: 04/12/2000) |
| 04/14/2000 | | Re Juan Perez: INITIAL APPEARANCE/ARRAIGNMENT held before Magistrate Judge Muirhead. Tape B:136 (3099-3611). Interpreter: Frank Geoffrion. Defendant: advised of rights & charges; waived reading of indictment; and pled not guilty to counts 1-5. Trial 5/30/00, 3 days. Government requests detention and defendant moves to continue hearing. Detention Hearing set for 2:00 4/21/00. (cm) (Entered: 04/14/2000) |
| 04/14/2000 | 4 | FINANCIAL AFFIDAVIT by Juan Perez (jab) (Entered: 04/14/2000) |
| 04/14/2000 | | ENDORSED ORDER granting [4-1] affidavit as to Juan Perez (1) ( Entered by Magistrate Judge James R. Muirhead ) (jab) (Entered: 04/14/2000) |
| 04/14/2000 | 5 | CJA 20 for Juan Perez . Appointment of Michael J. Iacopino as court-appointed counsel for all proceedings in this criminal matter. Review case for submission of final voucher by 10/11/00 for Michael J. Iacopino .(Signed by James R. Starr,Clerk) (jab) (Entered: 04/14/2000) |
| 04/14/2000 | 6 | ORDER OF TEMPORARY DETENTION PENDING HEARING as to Juan Perez, set Detention Hearing for 2:00 4/21/00 for Juan Perez ( Signed by |

| | | |
|---|---|---|
| | | Magistrate Judge James R. Muirhead ) (jab) (Entered: 04/14/2000) |
| 04/14/2000 | | Re Perez: TRIAL NOTICE. Final Pretrial Conference set for 4:30 5/22/00 ; Jury Trial set for 2-week period beginning 9:30 5/30/00 for Juan Perez ; ( before Judge Steven J. McAuliffe ) (jab) (Entered: 04/14/2000) |
| 04/14/2000 | 7 | ARREST WARRANT Returned Executed on 4/14/00 as to Juan Perez (jab) (Entered: 04/14/2000) |
| 04/20/2000 | 8 | NOTICE of Appearance for Juan Perez by Attorney Iacopino (jab) (Entered: 04/20/2000) |
| 04/21/2000 | | Re Juan Perez DETENTION HEARING held before Magistrate Judge Muirhead. Tape B:138 (167-1453). Interpreter: Mario Golab. Government requests detention and makes a proffer. Defendant's argument. Defendant detained pending trial. Order to issue. (cm) (Entered: 04/24/2000) |
| 04/24/2000 | 9 | ORDER OF DETENTION as to Juan Perez . ( Signed by Judge Steven J. McAuliffe ) (jab) (Entered: 04/24/2000) |
| 05/22/2000 | 10 | ASSENTED-TO MOTION by Juan Perez to Continue Trial for 60 days no memo (jab) (Entered: 05/22/2000) |
| 05/24/2000 | 11 | ORDER granting [10-1] motion to Continue Trial for 60 days as to Juan Perez (1), to Continue of Trial in Interests of Justice Time Excluded from 6/27/00 to 9/5/00 , reset Jury Trial for 9:30 9/5/00 for Juan reset Final Pretrial Conference for 2:00 8/24/00 for Juan Perez ( Signed by Judge Steven J. McAuliffe ) (jab) (Entered: 07/11/2000) |
| 06/12/2000 | 12 | WAIVER of Speedy Trial by Juan Perez (jab) (Entered: 06/12/2000) |
| 07/24/2000 | 13 | NOTICE of Potential Trial Conflict by Juan Perez (jab) (Entered: 07/31/2000) |
| 08/24/2000 | 14 | FINAL PRETRIAL ORDER as to Juan Perez. Jury selection to take place on 9/5/00 with standard peremptory challenges; evidence to begin on 9/6/00 or thereafter as the docket permits. Parties to file proposed jury instructions, witness lists and requests for special voir dire on 9/5/00. Exhibits to be premarked and filed by 8/28/00 set Jury Selection for 9:30 9/5/00 for Juan Perez , reset Jury Trial for 9:00 9/6/00 for Perez , set Notice of Compliance deadline to 9/5/00 for Juan Perez ( Signed by Judge Steven J. McAuliffe ) (jab) (Entered: 08/24/2000) |
| 08/28/2000 | 15 | MOTION by USA as to Juan Perez to Postpone the Presentation of Evidence until at least 9/11/00 Objections to Motion due by 9/18/00 for Juan Perez (jab) (Entered: 08/28/2000) |
| 08/29/2000 | 16 | Witness list by USA as to Juan Perez (jab) (Entered: 08/29/2000) |
| 09/01/2000 | 17 | ASSENTED-TO MOTION by Juan Perez to Continue Trial with Waiver of Speedy Trial attached (jab) (Entered: 09/01/2000) |
| 09/06/2000 | 18 | ORDER granting [17-1] motion to Continue Trial as to Juan Perez (1), to Continue of Trial in Interests of Justice Time Excluded from 9/6/00 to 11/28/00 reset Jury Trial for 9:30 11/28/00 for Juan Perez , reset Final Pretrial Conference for 10:00 11/20/00 for Juan Perez ( Signed by Judge Steven J. |

| | | |
|---|---|---|
| | | McAuliffe ) (jab) (Entered: 09/06/2000) |
| 09/06/2000 | | ENDORSED ORDER as to Juan Perez mooting [15-1] motion to Postpone the Presentation of Evidence until at least 9/11/00 as to Juan Perez (1) ( Entered by Judge Steven J. McAuliffe ) (jab) (Entered: 09/06/2000) |
| 10/11/2000 | 19 | (SEALED DOCUMENT) EX PARTE MOTION by Juan Perez for Services Other than Counsel 10/1/02 - document unsealed, and filed pursuant to the Order of Judge McAuliffe dated 9/9/02, there being no objection filed. (see doc. no. 52) (jab) Modified on 10/01/2002 (Entered: 10/11/2000) |
| 11/07/2000 | | ENDORSED ORDER as to Juan Perez granting [19-1] motion for Services Other than Counsel as to Juan Perez (1) ( Entered by Judge Steven J. McAuliffe ) (jab) (Entered: 11/07/2000) |
| 11/20/2000 | | Re Juan Perez: FINAL PRETRIAL CONFERENCE held before Judge Steven J. McAuliffe in chambers. Order to issue. (jab) (Entered: 11/21/2000) |
| 11/21/2000 | 20 | AMENDED Witness list by USA as to Juan Perez (jab) (Entered: 11/22/2000) |
| 11/27/2000 | 21 | Witness list by Juan Perez (jab) (Entered: 11/27/2000) |
| 11/27/2000 | 22 | FINAL PRETRIAL ORDER as to Juan Perez. Jury selection to take place on 11/28/00 w/std. peremptory challenges. Evidence to commence on 12/7/00 at 9:00 a.m. Exhibits to be premarked and filed w/the court by 11/21/00. Requests for jury instructions to be submitted by 12/7/00; requests for special voir dire to submitted by 11/28/00. set Notice of Compliance deadline to 12/7/00 for Juan Perez ( Signed by Judge Steven J. McAuliffe ) (jab) (Entered: 11/27/2000) |
| 11/28/2000 | | DAY 1: Jury trial as to Juan Perez begun Juan Perez (1) count(s) 1, 2-5. Deft waives the need for an interpreter. Jury selection held. Jurors not sworn. Call-in slips provided to jurors. Evidence to begin 12/7/00 at 9:00 a.m. [Court Reporter: D. Churas] (jab) (Entered: 11/28/2000) |
| 11/29/2000 | 23 | SCHEDULING ORDER re: Testimony of Benjamin Krippendorf as to Juan Perez ( Signed by Judge Steven J. McAuliffe ) (jab) (Entered: 11/29/2000) |
| 11/30/2000 | 24 | Jury list as to Juan Perez (jab) (Entered: 11/30/2000) |
| 12/06/2000 | 25 | Proposed Jury Instructions by USA as to Juan Perez (jab) (Entered: 12/06/2000) |
| 12/07/2000 | 26 | Proposed Jury Instructions by Juan Perez (jab) (Entered: 12/07/2000) |
| 12/07/2000 | 27 | MOTION by Juan Perez for Special Jury Instruction Prior to Publishing Tape Recorded Evidence (jab) (Entered: 12/07/2000) |
| 12/07/2000 | 28 | Stipulation #1 - Govt's Exhibits 4, 6, 10 and 14 are agreed upon; Stipulation #2 - Govt's Exhibits 20 and 21 are agreed upon as to Juan Perez (jab) (Entered: 12/07/2000) |
| 12/07/2000 | | DAY 2: Jury trial as to Juan Perez held before Judge McAuliffe in Courtroom 5. Govt moves to dismiss Count 3 w/prejudice; objection by deft. Argument heard. Count 3 dismissed upon motion of the govt w/o objection. Deft moves for sequestration of witnesses - granted by the court. Jury sworn. Opening |

| | | |
|---|---|---|
| | | Statements. Govt's evidence begins. [Court Reporter: S.Kulacz] (jab) Modified on 12/07/2000 (Entered: 12/07/2000) |
| 12/07/2000 | | MOTION in open court by USA as to Juan Perez to Dismiss Count 3 w/prejudice. (jab) (Entered: 12/07/2000) |
| 12/07/2000 | | ORAL ORDER as to Juan Perez granting [0-0] oral motion to Dismiss Count 3 w/prejudice as to Juan Perez (1) ( Entered by Judge Steven J. McAuliffe ) (jab) (Entered: 12/07/2000) |
| 12/07/2000 | | DISMISSAL of Count(s) on Government Motion as to Juan Perez . Terminated motions Counts Dismissed: Juan Perez (1) count(s) 3 for dismissal of counts. (jab) (Entered: 12/07/2000) |
| 12/07/2000 | 29 | Exhibit list by USA as to Juan Perez (jab) (Entered: 12/07/2000) |
| 12/07/2000 | | ENDORSED ORDER granting [27-1] motion for Special Jury Instruction Prior to Publishing Tape Recorded Evidence as to Juan Perez (1). Granted as to substance of the proposed instruction. ( Entered by Judge Steven J. McAuliffe ) (jab) (Entered: 12/11/2000) |
| 12/11/2000 | | DAY 3: Jury trial as to Juan Perez concluded. Govt's evidence continues. Govt rests. Deft moves for judgment of acquittal - Rule 29; objection by Govt. Motion denied by court. Deft's evidence begins. Deft rests. No rebuttal. Deft renews Rule 29 motion; objection renewed - motion denied by court. Deft argues for jury instruction re: missing witness. Objection by govt. Court exercises its discretion for not giving a missing witness instruction. Closing arguments heard. Court instructs the jury. Jury deliberations begin. Court orders lunch be provided to jury. Jury verdict. [Court Reporter: S. Kulacz] (jab) (Entered: 12/11/2000) |
| 12/11/2000 | 30 | Court's instructions to jury as to Juan Perez (jab) (Entered: 12/11/2000) |
| 12/11/2000 | 31 | JURY VERDICT of, Guilty: Juan Perez (1) count(s) 1, 2, 4-5 (jab) (Entered: 12/11/2000) |
| 12/11/2000 | | ACKNOWLEDGMENT of receipt of Trial exhibits [29-1] for USA by Robert Kinsella (jab) (Entered: 12/11/2000) |
| 12/11/2000 | 32 | COURT Exhibit list as to Juan Perez - Redacted copy of Indictment sent in w/the jury for deliberations. (jab) (Entered: 12/11/2000) |
| 12/11/2000 | | RE Juan Perez: SENTENCING set for 10:00 3/19/01 for Juan Perez , Juan Perez (1) count(s) 1, 2, 4-5 before Judge Steven J. McAuliffe. (jab) (Entered: 12/11/2000) |
| 12/11/2000 | | **Remove trial set flag - trial held (jab) (Entered: 12/11/2000) |
| 02/06/2001 | 33 | TRANSCRIPT as to Juan Perez for Jury Trial/Day 2 held on 12/7/00; Court Reporter: S. Kulacz (jab) (Entered: 02/06/2001) |
| 02/06/2001 | 34 | TRANSCRIPT as to Juan Perez for Jury Trial/Day 3 held on 12/11/00; Court Reporter: S. Kulacz (jab) (Entered: 02/06/2001) |
| 02/28/2001 | 35 | MOTION by Juan Perez to Continue Sentencing for 60 days with assent; no |

| | | |
|---|---|---|
| | | memo (jab) (Entered: 02/28/2001) |
| 02/28/2001 | | ENDORSED ORDER as to Juan Perez granting [35-1] motion to Continue Sentencing for 60 days as to Juan Perez (1), reset Sentencing for 10:00 5/23/01 for Juan Perez ( Entered by Judge Steven J. McAuliffe ) (jab) (Entered: 03/01/2001) |
| 05/21/2001 | 36 | MOTION by Juan Perez to Continue sentencing for 45 days (amm) (Entered: 05/21/2001) |
| 05/22/2001 | | ENDORSED ORDER as to Juan Perez granting [36-1] motion to Continue sentencing for 45 days as to Juan Perez (1), reset Sentencing for 10:00 7/19/01 for Juan Perez ( Entered by Judge Steven J. McAuliffe ) (amm) (Entered: 05/22/2001) |
| 06/13/2001 | | RE Juan Perez: SENTENCING reset for 9:30 7/18/01 for Juan Perez before Judge Steven J. McAuliffe (amm) (Entered: 06/13/2001) |
| 07/05/2001 | | RE Perez: SENTENCING reset for 2:00 7/26/01 for Juan Perez before Judge Steven J. McAuliffe (amm) (Entered: 07/05/2001) |
| 07/18/2001 | 37 | ASSENTED-TO MOTION by Juan Perez to Continue Sentencing for 45 days no memo (jab) (Entered: 07/18/2001) |
| 07/18/2001 | | ENDORSED ORDER as to Juan Perez granting [37-1] motion to Continue Sentencing for 45 days as to Juan Perez (1), reset Sentencing for 2:00 9/25/01 for Juan Perez ( Entered by Judge Steven J. McAuliffe ) (jab) (Entered: 07/18/2001) |
| 09/24/2001 | 38 | ASSENTED-TO MOTION by Juan Perez to Continue Sentencing no memo (jab) (Entered: 09/24/2001) |
| 09/24/2001 | | ENDORSED ORDER as to Juan Perez granting [38-1] motion to Continue Sentencing as to Juan Perez (1), reset Sentencing for 2:00 10/29/01 for Juan Perez ( Entered by Judge Steven J. McAuliffe ) (jab) (Entered: 09/24/2001) |
| 10/23/2001 | | RE Juan Perez: SENTENCING reset for 10:00 11/13/01 for Juan Perez before Judge Steven J. McAuliffe (jab) (Entered: 10/23/2001) |
| 11/08/2001 | 39 | ASSENTED TO MOTION by Juan Perez to Continue Sentencing (amm) (Entered: 11/08/2001) |
| 11/09/2001 | | ENDORSED ORDER as to Juan Perez granting [39-1] motion to Continue Sentencing as to Juan Perez (1), reset Sentencing for 10:00 1/7/02 for Juan Perez ( Entered by Judge Steven J. McAuliffe ) (jab) (Entered: 11/09/2001) |
| 01/03/2002 | | RE Perez: SENTENCING reset for 9:00 1/7/02 for Juan Perez before Judge Steven J. McAuliffe (jab) (Entered: 01/03/2002) |
| 01/04/2002 | 40 | MOTION by Juan Perez for Downward Departure (jab) (Entered: 01/07/2002) |
| 01/07/2002 | | RE Juan Perez: SENTENCING held Juan Perez (1) count(s) 1, 2, 4-5 before Judge Steven J. McAuliffe. [Court Reporter: D. Churas]. PSR placed on the record, under seal. Deft's objections to PSR - rmks/objs by USA. Court overrules deft's objections. Court accepts findings/recommendations contained |

| | | |
|---|---|---|
| | | in PSR. Remarks re: deft's motion for downward departure - granted by court for the reasons set forth on the record, and departed downward 6 levels to TOL 26. Deft remanded to the custody of US Marshal. (jab) (Entered: 01/07/2002) |
| 01/07/2002 | | ORAL ORDER as to Juan Perez granting [40-1] motion for Downward Departure as to Juan Perez (1) ( Entered by Judge Steven J. McAuliffe ) (jab) (Entered: 01/07/2002) |
| 01/07/2002 | 41 | JUDGMENT Juan Perez (1) count(s) 1, 2, 4 -5. Deft imprisoned for a term of 120 months on ea of counts 1,2,4 and 5, to be served concurrently. Court recommends to BOP that the deft be allowed to participate in its intensive drug education/treatment program. Upon release, deft placed on supv'd release for a term of 3 yrs on ea count, all such terms to run concurrently, w/std. conditions. Special Condition: deft shall participate in drug treatment program to include testing. Fine waived due to deft's inability to pay. Special Penalty Assessment: $400.00 due immediately in lump sum payment. Deft remanded to custody of US Marshal. [Court Reporter: D. Churas] , Juan Perez (1) count(s) 3. Count 3 dismissed with prejudice upon oral motion of the government ( Signed by Judge Steven J. McAuliffe ) (jab) (Entered: 01/07/2002) |
| 01/07/2002 | | Termination of party Juan Perez pending deadlines and pending motions as to Juan Perez (jab) (Entered: 01/07/2002) |
| 01/07/2002 | | **Case closed as to Juan Perez (all defendants). (jab) (Entered: 01/07/2002) |
| 01/09/2002 | 42 | NOTICE OF APPEAL by Juan Perez (1) count(s) 1, 2, 4-5 . Filing fee not paid. File-stamped copies to all parties with Appeal Information Sheet. (jab) (Entered: 01/10/2002) |
| 01/10/2002 | | CLERK's Certificate on Appeal: [42-1] appeal as to Juan Perez sent to CCA; transmitted documents: 1-42 for Juan Perez. Presentence Investigation Report is attached in a sealed envelope. (jab) (Entered: 01/10/2002) |
| 01/18/2002 | | NOTICE of Docketing Record on Appeal from First Circuit Court of Appeals as to Juan Perez Re: [42-1] appeal ; CCA Number: 02-1060 (amm) (Entered: 01/18/2002) |
| 02/14/2002 | 43 | TRANSCRIPT as to Juan Perez for Sentencing held on 1/7/02; Court Reporter: D. Churas (jab) (Entered: 02/14/2002) |
| 02/14/2002 | | Supplemental clerk's certificate to CCA on [42-1] appeal as to Juan Perez . Transmitting documents: 43 (sentencing transcript.) (jab) (Entered: 02/14/2002) |
| 02/15/2002 | 44 | CJA 24 as to Juan Perez. Authorization to Pay Diane Churas $ 111.00 for Transcript of Sentencing.( Signed by Judge Steven J. McAuliffe ) (jab) (Entered: 02/15/2002) |
| 03/07/2002 | 45 | Judgment Returned Executed as to Juan Perez on 2/28/02 (jab) (Entered: 03/07/2002) |
| 03/25/2002 | 46 | TRANSCRIPT as to Juan Perez for Excerpted Transcript of Trial held on 12/11/00; Court Reporter: S. Kulacz (jab) (Entered: 03/25/2002) |
| 03/25/2002 | | Supplemental clerk's certificate to CCA on [42-1] appeal as to Juan Perez . |

| | | |
|---|---|---|
| | | Transmitting documents: 46 (Excerpted Trial Transcript of 12/11/00 for Juan Perez) (jab) (Entered: 03/25/2002) |
| 04/16/2002 | 47 | EX PARTE MOTION by Juan Perez to Exceed Attorney fees 10/1/02 - document unsealed and filed pursuant to the Order of Judge McAuliffe dated 9/9/02, there being no objection filed. See doc. no. 52. (bc) Modified on 10/01/2002 (Entered: 04/16/2002) |
| 04/18/2002 | | ENDORSED ORDER granting [47-1] motion to Exceed Attorney fees as to Juan Perez (1). Although not as comprehensive as it might be (see US v. Carnevale) 624 F.Supp. 381 (D.R.I. 1985)), counsel's justification passes muster. It would be far more helpful if counsel articulated the applicable standards - which is statutory in nature - and addressed that standard. In any event, based upon my familiarity with the case and counsel's efforts, I find, and certify, that the representation was extended and sufficiently complex, that the excess represented is necessary to provide fair compensation. ( Entered by Steven J. McAuliffe ) (jab) (Entered: 04/19/2002) |
| 04/29/2002 | 48 | CJA 24 as to Juan Perez . Authorization to Pay S. Kulacz $ 426.00 for Trial Transcripts.( Signed by Judge Steven J. McAuliffe ) (jab) (Entered: 04/29/2002) |
| 05/08/2002 | 49 | FINAL CJA 20 Authorization to pay Michael J. Iacopino for defendant Juan Perez ; for Criminal Amount: $ 7349.33 re: [5-1] cja appointment ( Signed by Judge Steven J. McAuliffe ) (bc) (Entered: 05/08/2002) |
| 08/19/2002 | 50 | Opinion of CCA as to Juan Perez re: [42-1] appeal - Affirmed (jab) (Entered: 08/22/2002) |
| 09/09/2002 | 51 | MANDATE OF CCA (certified copy) as to Juan Perez Re: [42-1] appeal, affirming judgment/order Juan Perez (1) count(s) 1, 2, 3, 4-5 (jab) (Entered: 09/09/2002) |
| 09/09/2002 | | Record on Appeal as to Juan Perez returned from First Circuit Court of Appeals re: [42-1] appeal (jab) (Entered: 09/09/2002) |
| 09/09/2002 | 52 | ORDER as to Juan Perez re Disposition of Sealed Document(s) [47-1], [19-1]. Unless alternative response is received, document(s) will be be unsealed, docketed and filed. Set sealed document deadline for 9/30/02 for Juan Perez . ( Signed by Judge Steven J. McAuliffe ) (jab) (Entered: 09/09/2002) |
| 10/01/2002 | | ACTION BY CLERK OF COURT: Document # [52-1] order, [47-1] motion to Exceed Attorney fees, [19-1] motion for Services Other than Counsel has been unsealed, docketed and filed there being no objection filed. (jab) (Entered: 10/01/2002) |
| 10/18/2004 | | LEDGER Entry as to Juan Perez : Special Assessment Paid in full, amount $400.00. Original ledger retained by financial division. (jar, ) (Entered: 10/18/2004) |
| 01/20/2005 | | File located at National Archives and Records Administration (NARA), Waltham, MA. Transfer No. 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, Location No. C12622, Box No. 7 (jeb, ) (Entered: 01/20/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/17/2009 10:09:13 | | | |
| PACER Login: | ux2299 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:00-cr-00048-SM |
| Billable Pages: | 11 | Cost: | 0.88 |